## HUMPHRIES *vs.* NIX.

Where at the end of a note were the words, "Signed and sealed," followed by the signature of the maker and a scroll for a seal, with the letters " L. S." written across it, this was equivalent to the words, " witness my hand and seal," followed in the same way, and the paper was a sealed instrument under §2915 of the Code.

April 20, 1886.

Promissory Notes. Sealed Instruments. Contracts. Before Judge STEWART. Rockdale Superior Court. August Term, 1885.

Reported in the decision.

A. C. McCALLA, by brief, for plaintiff in error.

A. C. PERRY, by J. N. GLENN, for defendant.

JACKSON, Chief Justice.

An instrument which has, at the end of the note, the words "signed and sealed," followed by the signature and the scroll for a seal with "L. S." written across it, is equivalent to the words, "witness my hand and seal," followed in the same way, and is a compliance with the statute, Code, §2915, which enacts that "no instrument shall be considered under seal, unless so recited in the body of the instrument." "Signed and sealed" are as much in the body of the instrument as " witness my hand and seal" in

the same place in the note is. That the last named words in that place are sufficient if followed by the representation of the seal, see 72 *Ga.* 898; *Willhelms vs. Partoine* and 69 *Ga.* 762, *Brooks vs. M. C. & J. F. Kiser.*

Judgment affirmed.